OPINION — AG — ** STATE OFFICERS AND EMPLOYEES ** THE GRAND RIVER DAM AUTHORITY MAY NOT CREATE NEW SUPERINTENDENT POSITIONS AND THEREBY MAKE THEM EXEMPT OR UNCLASSIFIED UNDER THE PROVISIONS OF 74 O.S. 1977 Supp., 803.4 [74-803.4] (MERIT SYSTEM) CITE: OPINION NO. 75-247, 74 O.S. 1977 Supp., 803.2 [74-803.2], 74 O.S. 1977 Supp., 803.3 [74-803.3] [74-803.3], 74 O.S. 1977 Supp., 803.4 [74-803.4] 74 O.S. 1977 Supp., 803.5 [74-803.5] (JOHNNY J. AKINS)